FORM 1. VOLUNTARY PETITION

| United States Bankruptcy Court Middle District of North Carolina | VOLUNTARY PETITION |
|---|---|
| IN RE (Name of debtor- If individual, enter Last, First, Middle)<br>OLLIE, Dorothea | Name of Joint Debtor (Spouse)(Last, First, Middle) |
| All Other Names used by the debtor in the last six years<br>BARNES, Dorothea | All Other Names used by the joint debtor in the last six years |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all)<br>2929 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all) |
| Street Address of Debtor (No. and street, city, state and zip code)<br>2614 Lincoln Street<br>Durham, NC 27707 | Street Address of Joint Debtor (No. & street, city, state and zip code) |
| Telephone: (919) 801-6984 (Cell) | County of Residence or Principal Place of Business<br>Durham | | County of Residence or Principal Place of Business |
| Mailing Address of Debtor (If different from street address) | Mailing Address of Joint Debtor (If different from street address) |
| Location of Principal Assets of Business Debtor (If different from addresses listed above)<br><br>Business Telephone No. | Venue (Check one box)<br>[X] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>[] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |

**Information Regarding Debtor (Check applicable boxes)**

Type of Debtor (Check one box)
[X] Individual
[] Joint (Husband & Wife)

Chapter or Section of Bankruptcy Code under Which the Petition Is Filed (Check one box)
[] Chapter 7    [] Chapter 11    [X] Chapter 13
[] Chapter 9    [] Chapter 12    [] Sec 304-Case Ancillary to Foreign Proceeding

Nature of Debt (Check one box)
[X] Non Business/Consumer    [] Business--Complete A & B Below

Small Business (Chapter 11 only)
[] Debtor is a small business as defined in 11 U.S.C. § 101
[] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

A. Type of Business (Check one)
[] Farming    [] Transportation    [] Commodity Broker
[] Professional    [] Manufacturing/Mining    [] Construction
[] Retail/Wholesale    [] Real Estate
[] Railroad    [] Stockbroker    [] Other Business

Filing Fee (Check one box)
[X] Filing fee attached
[] Filing fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

Name and Address of Law Firm or Attorney
John W. Wall, Jr., 604 Green Valley Road, Suite 210, Greensboro, NC 27408
Telephone No. (336) 274-2343    State Bar No. 6427

Briefly Describe Nature of Business

Name(s) of Attorney(s) Designated to Represent the Debtor (Print or Type Names)

Statistical/Administrative Information (28 U.S.C. § 604) (Estimates Only) (Check applicable boxes)
[X] Debtor estimates that funds will be available
[] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

[] Debtor is not represented by an attorney. Telephone number of debtor not represented by an attorney

**Estimated Number of Creditors**
| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|
| [X] | [] | [] | [] | [] |

**Estimated Assets (in thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000 |
|---|---|---|---|---|
| [] | [] | [X] | [] | [] |

**Estimated Liabilities (in thousands of dollars)**
| Under 50 | 50-99 | 100-499 | 500-999 | 1000 |
|---|---|---|---|---|
| [] | [] | [X] | [] | [] |

**Estimated Number of Employees - Ch. 11 & 12**
| 0 | 1-19 | 20-99 | 100-999 | 1000 |
|---|---|---|---|---|
| [] | [] | [] | [] | [] |

**Estimated Number of Equity Security Holders**
| 0 | 1-19 | 20-99 | 100-999 | 1000 |
|---|---|---|---|---|
| [] | [] | [] | [] | [] |

FEES PAID IN FULL

---

UNITED STATES BANKRUPTCY COURT
Middle District North Carolina

Case # 04-81546 drmjb    Chapter 13
Filed: 01:49 PM, 05/20/04    Durham

Judge: Judge James B. Wolfe Jr.
Trustee: Richard M Hutson, II
Debtor(s):
Dorothea Ollie

**First Meeting of Creditors**
01:00 PM, June 25, 2004
Creditors Meeting Room, 4th Floor
The Durham Centre
300 West Morgan Street
Durham, NC 27701

---

RECEIPT
# 000130510 - GL
01:52 PM, May 20, 2004

| Code | Qty | Amount |
|---|---|---|
| 13 | 1 | $194.00 |

ORIGINAL

TOTAL PAID: $194.00
From: John W Wall
Suite 210
604 Green Valley Rd
Greensboro, NC 27408    1

REQUEST FOR RELIEF

The debtor is an individual with regular income who owes, as of the date of the filing of this petition, noncontingent, liquidated, unsecured debts of less than $290,525.00 and noncontingent liquidated secured debts of less than $871,550.00 and hereby requests relief in accordance with Chapter 13 of Title 11, United States Code.

Annexed hereto are schedules which set forth accurate descriptions and valuations of all the items of property, real and personal and a complete statement of all debts with the full names and addresses of all creditors.

## SIGNATURES

Date: May 17, 2004        Signed: _____
                                  Attorney for Debtor
                                  John W. Wall, Jr.

**Dorothea Ollie**

(I)(We), _____, declare under penalty of perjury that the information provided in this petition and schedules attached hereto is true and correct to the best of my knowledge, information and belief and that I am aware that I may proceed under Chapters 7 or 11 of Title 11, United States Code, understand the relief available under such chapters and choose to proceed under Chapter 13.

Date: May 17, 2004        Signed: *Dorothea Ollie*
                                  Debtor

                          Signed: _____
                                  (Joint Debtor, if any)

## AFFIDAVIT OF ATTORNEY

I, the undersigned attorney for the Debtor named in the foregoing petition, declare that I have informed the Debtor that the Debtor may proceed under Chapter 7, 11 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

Date: May 17, 2004        Signed: _____
                                  Attorney for Debtor
                                  John W. Wall, Jr.
                                  P.O. Box 1318
                                  Greensboro, NC 27402
                                  (919) 279-1007
                                  NC State Bar No. 6427

NOTE: Petition with schedules are filed in duplicate originals (only the original needs to be signed with all copies conformed) with the U.S. Bankruptcy Court with filing fee of $160.00. A joint petition requires only one filing fee.

# SCHEDULE A
## REAL PROPERTY AND MOBILE HOMES

| Description | Name and Address of Lienholder | Total Amount Of Debt | Monthly Payment | Present Market Value Without Deduction For Mortgage or Security Interest |
|---|---|---|---|---|
| Home at 2614 Lincoln St. Durham, NC | Wells Fargo Home Mortgage, Inc. 3476 Stateview Blvd. Ft. Mill, SC 29715 | 90,000.00 | 699.81 | 98,500.00 |
| House at 407 Columbia Ave. Durham, NC (boarding house) | Saxton Mortgage PO Box 161489 Ft. Worth, TX 76161-1489 | 80,000.00 (Estimate) | 734.90 | 85,500.00 |

Total of A: $ 184,000.00

Estimated arrearage:  Wells Fargo - $15,600.00 through May, 2004
Saxton - $14,675.00 through May, 2004

# SCHEDULE B
## PERSONAL PROPERTY

| Type of Property | Amount of Mortgage or Other Security Interest on This Property | Name of Creditor Abbreviate - Full Name & Address Must Be on List of Debts | Present Market Value Without Deduction For Mortgage or Security Interest |
|---|---|---|---|
| **Automobiles or Other Vehicles - Give Year and Make** | | | |
| 1998 Monte Carlo | 2,800.00 | SSI | 3,000.00 |
| **Household Goods** | | | 1,370.00 |
| **Personal Effects** | | | 150.00 |
| **Other (Specify)** | | | |
| Medical instruments | | | 300.00 |

**Tax Refunds**  Indicate what tax refunds (income or other), if any, to which either you or your spouse are entitled (give particulars including information as to any refunds payable jointly with any other person).

**Bank Accounts and Safe Deposit Boxes**  If you or your spouse currently have any bank or savings and loan accounts, checking, or savings, give name and address of bank, nature of account, current balance, name and address of each person authorized to make withdrawals from the account (if none, so state).

| | | | |
|---|---|---|---|
| | Mechanics & Farmers Bank - checking | | 700.00 |

Total of B: $ 5,520.00

THE LIQUIDATED VALUE OF DEBTOR'S ESTATE AFTER DEDUCTING MORTGAGES AND OTHER VALID LIENS IS APPROXIMATELY $_____.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

**In the Matter of:** )
) Case No. B-
DOROTHY OLLIE )
)
) DEBTOR'S CLAIM FOR
Debtor. ) PROPERTY EXEMPTIONS

I, <u>Dorothy Ollie</u>, the undersigned debtor, hereby claim the following property as exempt pursuant to Chapter 11 U.S.C. §522(b)(2)(A) and (B), the Laws of the State of North Carolina, and non-bankruptcy federal law.

1. **REAL OR PERSONAL PROPERTY USED BY DEBTOR OR DEBTOR'S DEPENDENT AS RESIDENCE OR BURIAL PLOT.** (NCGS 1C-1601(a)(1). Total net value not to exceed $10,000. Amount of the unused portion of <u>first</u> $3,500 may be carried forward to be applied on other property claimed as exempt.)

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|
| Home at 2614 Lincoln St. Durham, NC | 98,500.00 | Wells Fargo | 90,000.00 | 8,500.00 |
| | | (a) Total Net Value | | 8,500.00 |
| | | Total Net Exemption | | 8,500.00 |

(b) Unused portion of first $3,500. (This amount, if any, may be used to claim an exemption in any property owned by the debtor.)

2. **MOTOR VEHICLE.** (NCGS 1C-1601(A)(3). (Only one vehicle allowed under this paragraph with net value claimed as exempt not to exceed $1,500 plus any portion desired for use from paragraph 1(b) above.)

| Model, Year Style of Auto | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| 1998 Monte Carlo | 3,000.00 | SSI | 2,800.00 | 200.00 |

(a) Statutory allowance $1,500.00
(b) Amount from 1(b) above to be used in this paragraph. $
 (A part or all of 1(b) may be used as needed.)

Total Net Exemption $200.00

3. **TOOLS OF TRADE OR PROFESSIONAL BOOKS.** (NCGS 1C-1601(a)(5). Used by Debtor or Debtor's dependent. Total net value of all items claimed as exempt not to exceed $750.00.)

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Blood pressure cup, stethescope, miscellaneous | 300.00 | | | 300.00 |

(a) Statutory allowance $ 750.00
(b) Amount from 1(b) above to be used in this paragraph. $
 (A part or all of 1(b) may be used as needed.)

Total Net Exemption $300.00

4. **PERSONAL PROPERTY USED FOR HOUSEHOLD OR PERSONAL PURPOSES NEEDED BY DEBTOR OR DEBTOR'S DEPENDENTS.** (NCGS 1C-1601(a)(4) Debtor's total net value not to exceed $3,500 plus $750 for each dependent, but not to exceed $3,000 total for all dependents.)

| Description of Property | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| Clothing & Personal | 100.00 | | | 100.00 |
| Kitchen Appliances | 50.00 | | | 50.00 |
| Stove | 200.00 | | | 200.00 |
| Refrigerator | 200.00 | | | 200.00 |
| Freezer | | | | |
| Washing Machine | 50.00 | | | 50.00 |
| Dryer | 50.00 | | | 50.00 |
| China | 10.00 | | | 10.00 |
| Silver | 10.00 | | | 10.00 |
| Jewelry | 50.00 | | | 50.00 |
| Living Room Furniture | 25.00 | | | 25.00 |
| Den Furniture | | | | |
| Bedroom Furniture | 25.00 | | | 25.00 |
| Dining Room Furniture | | | | |
| Lawn Furniture | | | | |
| Television | 150.00 | | | 150.00 |
| (X) Stereo ( ) Radio | 25.00 | | | 25.00 |
| Musical Instruments | | | | |
| ( ) Piano ( ) Organ | 500.00 | | | 500.00 |
| Air Conditioner/Dehumid. | 50.00 | | | 50.00 |
| Paintings & Art | | | | |
| Lawn Mower | 25.00 | | | 25.00 |
| Yard Tools | | | | |
| Crops | | | | |
| Animals | | | | |
| Other ( ) | | | | |

Total Net Value $1,520.00

(a) Statutory allowance for debtor      $ 3,500
(b) Statutory allowance for Debtor's dependents: __0__ dependent at $750 each (not to exceed $3,000 for total dependents)
(c) Amount from 1(b) above to be used in this paragraph.
(A part or all of 1(b) may be used as needed.)

Total Net Exemption $1,520.00

5. **LIFE INSURANCE.** (As provided in Article X, Section 5 of North Carolina Constitution.)

Name of Insurance Company:     AARP        Policy No. <u>To be furnished</u>

Name of Insured:     Debtor        Policy Date _____

Name of Beneficiary:     Daughters - no cash value

6. **PROFESSIONALLY PRESCRIBED HEALTH AIDS (FOR DEBTOR OR DEBTOR'S DEPENDENTS).**
(NCGS 1C-1601(a)(7). No limit on value or number of items.)
Description: __None__

7. **DEBTOR'S RIGHT TO RECEIVE FOLLOWING COMPENSATION:** (NCGS 1C-1601(a)(8). (no limit on number or amount.)

A. $ __None__ Compensation for personal injury to debtor or to person on whom debtor was dependent for support.
B. $ __None__ Compensation for death of person on whom debtor was dependent for support.

8. **INDIVIDUAL RETIREMENT ACCOUNTS, INDIVIDUAL RETIREMENT ANNUITIES AND TRUST ACCOUNTS AS DESCRIBED IN SECTION 408(a),(b) and (c) OF THE INTERNAL REVENUE CODE:** (NCGS 1C-1601(a)(9). (No limit on number or amount.)

**Detailed Description**                                    **Value**

   None

9. **ANY OTHER REAL OR PERSONAL PROPERTY WHICH DEBTOR DESIRES TO CLAIM AS EXEMPT THAT HAS NOT PREVIOUSLY BEEN CLAIMED ABOVE.** (NCGS 1C-1601(a)(2). (THE AMOUNT CLAIMED MAY NOT EXCEED THE REMAINING AMOUNT AVAILABLE UNDER PARAGRAPH 1(b) WHICH HAS NOT BEEN USED FOR OTHER EXEMPTIONS.)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value |
|---|---|---|---|---|
| (a) Total Net Value of property claimed in paragraph 9. | | | | $ |
| (b) Total amount available from paragraph 1(b). | $ | | | |
| (c) Less amount available under paragraph 1(b) which was used in other paragraphs: | | | | |
|     Paragraph 2(b) | | | $ | |
|     Paragraph 3(b) | | | $ | |
|     Paragraph 4(c) | | | $ | |
| Net Balance Available from paragraph 1(b) | | | | $ |
| Total Net Exemption | | | | $ |

10. **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**
    Aid to the Aged, Disabled and Families with Dependent Children, NCGS 108A-36 _____
    Aid to the Blind, NCGS 111-18 _____
    Yearly Allowance for Surviving Spouse, NCGS 30-15, NCGS 30-33 _____
    North Carolina Local Government Employees Retirement Benefits, NCGS 128-31 _____
    North Carolina Teachers and State Employees Retirement Benefits, NCGS 135-9 _____
    Firemen's Relief Fund Pensions, NCGS 118-49 _____
    Fraternal Benefit Society Benefits, NCGS 58-283 _____
    Workers Compensation Benefit, NCGS 97-21 _____
    Unemployment Benefits, so long as not commingled and except for debts for
        necessities purchased while unemployed, NCGS 96-17 _____
    Group Insurance Proceeds, NCGS 58-213 _____
    Partnership Property, except on a claim against the partnership, NCGS 59-55 _____
    Wages of a Debtor Necessary for Support of Family, NCGS 1-362
    Other _____
    TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT    $ __None__

11. **EXEMPTIONS CLAIMED UNDER NON-BANKRUPTCY FEDERAL LAW:**

Foreign Service Retirement and Disability Payments, 22 U.S.C. §1104 _____
Social Security Benefits, 42 U.S.C. §407 _____
Injury of Death Compensation Payments from War Risk Hazards, 42 U.S.C. §601 _____
Wages of Fishermen, Seamen and Apprentices, 46 U.S.C. §601 _____
Civil Service Retirement Benefits, 5 U.S.C. §§729, 2265 _____
Longshoremen an Harbor Workers Compensation Act Death and Disability
  Benefits, 33 U.S.C. §916 _____
Railroad Retirement Act Annuities and Pensions 45 U.S.C. §228(L) _____
Veterans Benefits, 45 U.S.C. §352(E) _____
Special Pension Paid to Winners of Cong. Medal of Honor, 38 U.S.C. §3101 _____
Federal Homestead Lands, on Debts Contracted Before the Issuance of the
  Patent, 43 U.S.C. §175 _____
Other _____

TOTAL VALUE OF PROPERTY CLAIMED AS EXEMPT          $ ___None___

12. **TENANCY BY THE ENTIRETY.** The following property is claimed as exempt pursuant to 11 U.S.C. §522(b)(2)(B) and the laws of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder(s) | Amt. Mtg. or Lien | Net Value |
|---|---|---|---|---|

None

VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT          $_____

13. **THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder(s) | Amt. Lien | Net Value |
|---|---|---|---|---|
| None | | | | |

None of the property listed in paragraph 11 has been included in this Request for Exempt Property. (Tangible personal property purchased within 90 days of the filing of the petition cannot be exempted.)

14. **DESCRIBE BELOW ANY 401(K) PLANS, PENSION PLANS, PROFIT SHARING PLANS, ETC., IN WHICH THE DEBTOR HAS AN INTEREST WHICH ARE NOT LISTED IN DEBTOR'S SCHEDULES OR STATEMENT OF FINANCIAL AFFAIRS OR IN ANY PRECEDING PARAGRAPH OF THIS FORM.**

| Description | Value |
|---|---|
| | |

DATE: __5/17/04__          _Dorothea Ollie_
                              Debtor

# SCHEDULE C
## PROPERTY CLAIMED AS EXEMPT

Use Local Form 91-C to claim property exemptions. A separate form is to be filed for each Debtor. Copies of Form 91-C are available from the Clerk of the Bankruptcy Court.

# SCHEDULE D
## SECURED CREDITORS
(List all lienholders including real estate and mobile homes)

| Full Name, Mailing Address, and Account Number of Each Creditor | Brief Description of Security for Each Debt | Monthly Payment | Total Amount Remaining Due or Claimed |
|---|---|---|---|
| Wells Fargo Home Mortgage, Inc.<br>3476 Stateview Blvd.<br>Ft. Mill, SC 29715<br>Acct. 9693374 | Home | 699.81 | 90,000.00 |
| H. Terry Hutchens, Trustee<br>PO Box 1028<br>Fayetteville, NC 28302 | | | |
| Saxton Mortgage<br>PO Box 161489<br>Ft. Worth, TX 76161-1489<br>Acct. 011470075 | Boarding house at 407 Columbia Ave. | 734.90 | 80,000.00 |
| Elizabeth B. Ells or David W. Neill, Trustee<br>8520 Cliff Cameron Drive, Suite 300<br>Charlotte, NC 28269 | | | |
| Systems & Services Technology<br>c/o The Ramsey Law Firm, PC<br>PO Box 200847<br>Arlington, TX 76006<br>Acct. 1708700/95026 | 1998 Monte Carlo | 430.40 | 2,800.00 |

Total of D:  $   172,800.00

# SCHEDULE E
## PRIORITY CREDITORS

| | | Amount Due or Claimed |
|---|---|---|
| Internal Revenue Service, 320 Federal Pl., Greensboro, NC 27401 | United States | $ 32,000.00 |
| _____ | State of North Carolina | $_____ |
| _____ | Local County Tax | $_____ |
| _____ | Local City Tax | $_____ |
| _____ | Other | $_____ |

Total of E:  $ 32,000.00

# SCHEDULE F
## UNSECURED CREDITORS

| Full Name and Mailing Address of Each Creditor and Account Number | Total Amount Remaining Due or Claimed |
|---|---|
| Providian<br>PO Box 660022<br>Dallas, TX 75266-0022<br>Acct. 4479470400883379 | Unknown |
| US Department of Education<br>2221 Niagara Falls Blvd.<br>Niagara Falls, NY 14304<br>Acct. 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 | Unknown |
| US Attorney<br>Middle District<br>PO Box 1858<br>Greensboro, NC 27402 | |
| Mastercard Bank One<br>PO Box 85147<br>Richmond, VA 23276<br>Acct. 5291151917304386 | Unknown |
| Capital One<br>PO Box 85015<br>Richmond, VA 23285<br>Acct. 5291151917304386 | 500.00 |
| Bank of America<br>PO Box 2278<br>Norfolk, VA 23501<br>Acct. 4319030007551398<br>Acct. 4319040003447004 | 3,000.00<br>1,000.00 |
| EMC<br>Lockbox 8682<br>PO Box 75848<br>St. Paul, MN 55175<br>Acct. NECY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 | 18,000.00 |
| The Cadle Co.<br>100 N. Center St.<br>Newton Falls, OH 44444<br>Acct. 0U091206 | Unknown and disputed |

Total of F: $ 22,660.00

NOTE: If additional space is needed, please identify schedule by letter (i.e., Schedule F continued).

# SCHEDULE G
## EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and Address of Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest, State Whether Lease Is for Nonresidential Real Property |
|---|---|
| None | |

# SCHEDULE H
## CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| None | |

NOTE: A party listed under Schedule G or H will not receive notice unless the party is also scheduled in the appropriate schedule of creditors.

## SCHEDULE I
## CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a Chapter 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

|  | Debtor | Spouse |
|---|---|---|
| Employer: | Self | |
| Address: | | |
| Length of Employment | 10 years | |
| Position/Job | CNA | |

| Debtor's Marital Status | Dependents of Debtor and Spouse |  |  |
|---|---|---|---|
|  | Names | Age | Relationship |
| Single | None | | |

| **Income:** (estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) . . . . . . . . . . . . . | $ _____ | $ _____ |
| Estimate monthly overtime. . . . . . . . . . . . . . . | $ _____ | $ _____ |
| **SUBTOTAL** . . . . . . . . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| **LESS PAYROLL DEDUCTIONS** | | |
| a. Payroll taxes and social security. . . . . . . | $ _____ | $ _____ |
| b. Insurance. . . . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| c. Union dues . . . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| d. Other (specify). . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** . . . . . . . . . . | $ _____ | $ _____ |
| **TOTAL NET MONTHLY TAKE HOME PAY**. . . . . . . . . . . . | $ 2,000.00 (Varies) | $ _____ |
| Regular income from operation of business or profession (attach detailed statement). . . . . . . . . . . . . . | $ _____ | $ _____ |
| Income from real property. . . . . . . . . . . . . . . | $ 1,250.00 | $ _____ |
| Interest and dividends . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above . . . . . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| Social Security or other governmental assistance (Specify). . . . . . . . . . . . . . . . . . . . . . | $ _____ | $ _____ |
| Pension or retirement income . . . . . . . . . . . . . | $ _____ | $ _____ |
| Other monthly income (specify) . . . . . . . . . . . . | $ _____ | $ _____ |
| **TOTAL MONTHLY INCOME** . . . . . . . . . . . . . . . . . | $ 3,250.00 | $ _____ |
| **TOTAL COMBINED MONTHLY INCOME**. . . . . . . . . . . . . | | $ _____ |

# SCHEDULE J
## CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

<u>Monthly</u>

Rent, mortgage payment or lot rent being paid directly by Debtor(s)
not included in Chapter 13 payment . . . . . . . . . . . . . . . . . . . . . . .  $ __None__

Are real estate taxes included?   __X__ Yes   _____ No

Is property insurance included?   __X__ Yes   _____ No

BOTH PROPERTIES

| | |
|---|---:|
| Utilities:  Electricity and heating fuel | $ 400.00 |
| Water and sewer | $ 130.00 |
| Telephone | $ 200.00 |
| Other . . . . . . . . . . . . . Cable | $ 120.00 |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food (include lunches) | $ 100.00 |
| Clothing | $ |
| Laundry and dry cleaning | $ |
| Medical and dental expenses | $ |
| Child care | $ |
| Transportation (not including car payments) | $ 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 15.00 |
| Charitable contributions | $ 200.00 |
| Insurance (not deducted from wages or included in home mortgage payments): | |
| Homeowner's or renter's | $ |
| Life | $ 75.00 |
| Health | $ |
| Auto | $ 35.00 |
| Other | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| Specify | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| **TOTAL MONTHLY EXPENSES** | $ 1,475.00 |

## SUMMARY

| | |
|---|---:|
| **TOTAL INCOME** | $ 3,250.00 |
| **TOTAL EXPENSES** . . . . . . . . . . . . . . . . $ 1,475.00 | |
| **AMOUNT OF CHAPTER 13 PAYMENT** . . . . . . . . . $ 2,650.00 | |
| **EXCESS INCOME AFTER EXPENSES AND CHAPTER 13 PAYMENT** | $ -0- * |

*Debtor intends to seek part-time employment and/or roommate to supplement expenses.

## PAYMENTS TO CREDITORS

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days (insiders 1 year) immediately preceding the commencement of this case. (Married debtors must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Debtor paid $2,000.00 to Saxton in February, 2003.

## FORECLOSURES, EXECUTIONS AND ATTACHMENTS

Is any of your or your spouse's property, including real estate, involved in foreclosing proceedings in or out of court? If so, identify the property and the person foreclosing.

Wells Fargo is foreclosing on debtor's home - sale date was May 12, 2004.
Saxton Mortgage - sale date is June 14, 2004.

Has any of your or your spouse's property or income been attached, garnished or seized under any legal or equitable process on or within 90 days before the date of the filing of the original petition herein? (If so, describe the property seized, or person garnished and at whose suit.)

None

## TRANSFERS, REPOSSESSIONS AND RETURNS

Has any of your or your spouse's property been transferred, returned, repossessed, or seized by the seller or by any other party, including a landlord on or within 90 days before the date of the filing of the original petition herein? (If so, give particulars including the name and address of the party getting the property and its description and value.)

None

## COMPENSATION PAID OR PROMISED TO ATTORNEY FOR DEBTOR

If you have paid or agreed to pay (or transferred or agreed to transfer any property) to your attorney for services in connection with your case other than agreeing to pay such compensation as may be allowed by the Court to be paid from monies paid to the Trustee or for you account, then state:

None

## PENDING OR PRIOR BANKRUPTCY

What proceeding under the Bankruptcy Code are now pending or have been previously brought by or against you or your spouse? State the location of the Bankruptcy Court, the nature and number of each proceeding, the date it was filed, and whether a discharge was granted or refused, the proceeding was dismissed, or a composition, arrangement, or plan was confirmed.

The debtor filed case number B-03-81126C-13D on March 31, 2003, which was dismissed March 23, 2004.

## PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY

List all payments made or property transferred by or on behalf of the Debtor to any persons, including attorneys, for consultation debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

None