IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN RE: )
)
DOROTHEA OLLIE ) Case No. B-04-81546C-13D
)
Debtor. )

MOTION TO AMEND PLAN

The debtor, through counsel, respectfully shows unto the Court as follows:

1. The debtor's plan was confirmed to require a twenty-five (25) percent dividend to unsecured creditors.

2. Due to an increase in the debtor's mortgage payment, she has been advised by the Standing Trustee that her monthly plan payment must increase from $2,875.00 to $3,060.00 in order to satisfy the confirmed dividend.

3. The debtor is self employed and has been struggling to pay the current plan payment and other necessities of life.

4. The increase in the monthly plan payment would impose an undue, if not impossible, hardship in the debtor.

5. Upon information and belief, if the dividend to unsecured creditors were reduced to ten (10) percent, the increase in the plan payment would not be necessary and the plan would be completed in the required time.

WHEREFORE, the debtor prays that her plan be amended to reduce the dividend to unsecured creditors to ten (10) percent, and for such other and further relief as to the Court may seem just and proper.

Respectfully submitted, this the 29th day of February, 2008.

            S/John W. Wall, Jr.
            John W. Wall, Jr., Attorney for Debtor
            604 Green Valley Road, Suite 210
            Greensboro, North Carolina 27408
            Telephone: (336) 274-2343
            NC State Bar No. 6427

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing MOTION TO AMEND PLAN was served on all interested parties by mailing a copy thereof by first-class mail, postage prepaid, addressed as follows:

    Dorothea Ollie
    2614 Lincoln Street
    Durham, North Carolina 27707

    Richard M. Hutson II, Standing Trustee
    Chapter 13 Office
    Post Office Box 3613
    Durham, North Carolina 27702-3613

    Bank of America/Nationsbank
    Post Office Box 2278
    Norfolk, Virginia 23501-2278

    Director of Internal Revenue
    Special Procedures Section
    320 Federal Place, Room 335
    Greensboro, North Carolina 27401

    ECMC
    Lockbox 8682
    Post Office Box 75848
    St. Paul, Minnesota 55175-0848

    National Capital Management

Successor/Aegis Auto Funding
8245 Tournament Drive, Suite 230
Memphis, Tennessee 38125

NC Department of Revenue
Bankruptcy Unit/Office Service Division
Post Office Box 1168
Raleigh, North Carolina   27602-1168

Saxon Mortgage Services, Inc.
4708 Mercantile Drive North
Ft. Worth, Texas 76137

Wells Fargo Home Mortgage, Inc.
3476 Stateview Boulevard
Ft. Mill, South Carolina   29715

This the 29th day of February, 2008.

    __S/John W. Wall, Jr._____
    John W. Wall, Jr., Attorney for Debtor