C-13-15(c)(ECF)
(Rev. 2/97)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In Re: Dorothea Ollie ) **Motion and Order**
) **Chapter 13**
)
) No. B-04-81546 C-13D
Debtors )

The undersigned Standing Trustee respectfully moves the Court for an order as follows:

The Confirmation Order provided that in the event the Debtor defaulted in any Plan payment for 30 or more days, the Debtor's case would be automatically dismissed. The Debtor's last payment was for May, 2008, and the Debtor is delinquent a total of $8,400.00.

The Standing Trustee respectfully recommends to the Court that this case be automatically dismissed for nonpayment.

Date: August 28, 2008      s/Richard M. Hutson
RMH:lp      Richard M. Hutson, II, Standing Trustee

---

**ORDER**

Upon motion of the Standing Trustee and for good cause shown, it is

ORDERED that the relief as requested and recommended by the Standing Trustee is hereby granted and this case is dismissed; and, it is further

ORDERED that the Clerk mail a copy of this Motion and Order to each of the parties on the attached Parties to be Served.

**PARTIES TO BE SERVED**
**PAGE 1 OF 1**
**B-04-81546 C-13D**

Dorothea Ollie
2614 Lincoln Street
Durham, NC 27707

John W. Wall, Jr. Esq.
604 Green Valley Road, Ste. 210
Greensboro, NC 27408

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702